No. 1149. Antis et al. *v.* Montgomery Ward & Co., Inc. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

812

*Daniel G. Shea* and *George S. Fitzgerald* for petitioners.